# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | )  )  ) |
| v. | )  ) Case No.  4:19-mj-07116-MKD |
| MONICA PESINA | )  )  )  ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about June 4, 2019, in the county of Franklin in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1)(A)(viii) | Possession of More Than 50 Grams of Actual Methamphetamine With Intent to Deliver |

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature
Joe Brazeau, Task Force Officer, FBI

Printed name and title

Sworn to telephonically and signed electronically.

Date:  October 22, 2019

_____
Judge's signature
Mary K. Dimke, United States Magistrate Judge

City and state:  ~~Yakima,~~ Washington
Richland (MKD)

Printed name and title

AUSA: SAV

County: Benton

*In re Affidavit in Support of Criminal Complaint as to Monica Pesina*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2019

SEAN F. McAVOY, CLERK

## AFFIDAVIT

STATE OF WASHINGTON   )
                      :ss
County of Benton      )

## INTRODUCTION

I, Joe Brazeau, Task Force Officer for the FBI Southeast Washington Safe Streets Task Force, being first duly sworn on oath, depose and state:

## TRAINING AND EXPERIENCE

1. Your Affiant is currently a full time Detective for the Richland Police Department, and has been employed by the Richland Police Department since July of 1994. From May of 1998 until December of 2002, your Affiant was assigned to the Richland Police Department Detectives Division. During this time, your Affiant investigated felony property crimes and crimes against persons including rape, robbery, and homicide. From December of 2002 until May of 2006, your Affiant was assigned to the Tri-City METRO Drug Task Force. During this time, your Affiant became familiar with Evidence Law, Seizure Law, Probable Cause, Drug Investigation and Identification from a patrol and Narcotics Investigator

Affidavit of Joseph Brazeau - 1

stand-point. From December of 2009 until April of 2010, your Affiant was selected as a Task Force Officer with the Federal Bureau of Investigation's Violent Gangs Task Force. During that time, your Affiant had participated in the investigation of several criminal organizations involved in drug trafficking, money laundering, and firearm violations at the State and Federal level. In September of 2016, your Affiant was again reassigned to the same Task Force.

2.  In April of 2003, your Affiant completed 40 hours of Basic Clandestine Laboratory Safety and Operation Instruction, including eight hours of Methamphetamine Laboratory Manufacturing Methods and Sampling Instruction from a certified Washington State Patrol Crime Laboratory Chemist. In March of 2004, your Affiant completed 80 hours of DEA basic training for law enforcement officers. The training involved, but was not limited to, instruction on drug identification and effects, surveillance techniques, undercover operations, and proper evidence handling.

3.  During your Affiant's time as a law enforcement officer, your Affiant has been involved in hundreds of investigations of individuals who derive substantial income from the importation, manufacturing, distribution and/or sale of illegal controlled substances. Your Affiant has either directed or assisted in the execution of numerous warrants to search particular places or premises for controlled substances and/or related paraphernalia, indicia and other evidence

Affidavit of Joseph Brazeau - 2

pertaining to violations of federal drug narcotics statutes. In addition, your affiant has provided investigative expertise and assistance to various agents of the DEA/FBI and other law enforcement agencies in their investigations of individuals, organizations, and businesses involved in the trafficking of illegal controlled substances. As a result of this, your Affiant has encountered and become familiar with various tools, methods, and trends utilized by various traffickers in their efforts to import, conceal, distribute and manufacture controlled substances.

4.    Your Affiant has caused, or participated in, numerous drug investigations of non-traditional organized crime, complex drug conspiracies, as well as continuing criminal enterprise activities tied to the manufacture, illegal importation, transportation, possession and sale of controlled substances. Your Affiant has interviewed numerous confidential informants, defendants, participant witnesses, and other persons who have personal knowledge of the distribution, importation, concealment, and manufacture of narcotics, and the amassing, spending, converting, transporting, distributing, laundering and concealing of proceeds that are illegally derived from the trafficking of narcotics. Your Affiant has also had experience in the execution of court authorized interception of wire and electronic communications. Your Affiant has participated and/or provided testimony in judicial proceedings and prosecutions for violations of controlled substance laws.

Affidavit of Joseph Brazeau - 3

5.Your Affiant has knowledge of the following information based on his own observations and investigation as well as information that he has learned from other law enforcement officers, to include but not limited to verbal discussions with other law enforcement officers named in this Affidavit. Your Affiant has participated in interviews with cooperating defendants pending federal and/or state charges, talked with officers involved in this investigation, reviewed reports by other officers, and reviewed subpoenaed employment documents of individuals believed to be involved in this investigation. Again, as previously noted, because this affidavit is being submitted solely for establishing probable cause I have not included each and every fact known to me concerning this investigation. I only have set forth facts necessary to support the authorization of the requested warrant and complaint for Monica Pesina (02/06/19XX) (hereinafter "Pesina").

## INVESTIGATION

6.Your affiant is aware of a number of law enforcement contacts with Pesina by various law enforcement entities over the last several months to include an ongoing investigation being conducted by the Spokane PACT team into her and Nick Carter's (04/21/19XX) drug trafficking activities.  Your affiant is aware that in September 2019 Pesina was arrested by members of that task force based upon her and Carter's reported delivery and possession of multiple pounds of methamphetamine as observed and seized by members of that Task Force.

Affidavit of Joseph Brazeau - 4

7.      Prior to that investigation, on or around June 4, 2019, your affiant received information from the Pasco Police Department regarding Pesina and Carter. Your affiant received copies of the Pasco Police department reports for this incident and reviewed them. The reports include the following information:

8.      On June 4, 2019, Pasco Police Sgt. William Parramore initiated a traffic stop on a vehicle for a moving violation. The driver of the vehicle was identified by Washington driver's license as Pesina. There were two additional occupants in the vehicle, identified as Carter and Bobbie Roche (08/10/19XX).

9.      Pasco Police Detective Andy Corral recognized Pesina's name when it was checked over the police radio. Det. Corral was familiar with Pesina based upon several prior drug related investigations when Det. Corral was a member of the METRO drug task force and the DEA drug task force. Det. Corral responded to the scene with his K9 Ezra. Det. Corral applied his K9 Ezra to the exterior vehicle. K9 Ezra alerted for the presence of narcotics inside of the vehicle.

10.     During the course of the traffic stop, and while officers were interacting with the occupants of the vehicle, Carter was found to be in possession of a loaded Hi-point 9mm handgun. Carter was also in possession of approximately one ounce of methamphetamine. Carter admitted to officers that he was a convicted felon and as such could not legally possess firearms. Carter was arrested for Unlawful Possession of a Firearm and Possession of a Controlled Substance.

Affidavit of Joseph Brazeau - 5

11. Det. Corral advised Pesina of her Miranda Rights. Pesina waived her rights and made a statement. Pesina denied there were any controlled substances in the vehicle, despite the K9 alert. Pesina would not answer when she was asked the question a second time. Pesina and Roche were released from the scene. The vehicle was impounded pending the application for a state search warrant.

12. On June 5, 2019, Det. Corral secured a search warrant for the vehicle. Inside of the trunk, Pasco Police Officer Nathan Carlisle, located a red Eddie Bauer backpack. The backpack contained $26,950.00 in US currency, four bags of suspected methamphetamine, and a black tar like substance. The methamphetamine weighed approximately 371.85 grams (13.1 ounces) and the black tar substance weighed approximately 54.75 grams (1.9 ounces). Officer Carlisle also located a digital scale and several empty Ziploc baggies in the backpack. The substances were field tested and yielded a presumptive positive result for the presence of methamphetamine and heroin.

13. Based upon your affiants training and experience as well as numerous methamphetamine seizures in this district that have been confirmed through the DEA lab, your affiant knows that the purity of methamphetamine seized here is typically 90 percent or higher. Therefore, the quantity seized here will contain well over 50 grams of actual methamphetamine. Moreover, given Pesina and Carter's history, the current investigations, the presence of a large amount of US currency,

Affidavit of Joseph Brazeau - 6

a digital scale, baggies and the overall quantity and types of narcotics seized, the methamphetamine and heroin were possessed for the purpose of distribution.

14. Additionally, items of dominion for Pesina were found in the same backpack as the narcotics. They included a Visa debit card, a Community Health Plan card, and a HAPO Community Credit Union Receipt. All of these items were in Pesina's name.

## SUMMARY OF CHARGES

15. Your Affiant believes there is probable cause to charge the Defendant, Monica Pesina, with violation of 21 U.S.C. § 841(a)(1)(A)(viii), Possession of more than 50 grams of Actual Methamphetamine With Intent to Deliver.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

_____
Joe Brazeau
FBI Task Force Officer

Subscribed and sworn before me this __22nd__ day of October, 2019.

_____
Mary K. Dimke
United States Magistrate Judge

Affidavit of Joseph Brazeau - 7