PENALTY SLIP

DEFENDANT NAME: **MONICA PESINA**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2019

SEAN F. McAVOY, CLERK

TOTAL NO. COUNTS:  **1**

VIO: **21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)**
**Possession of More Than 50 Grams of Actual Methamphetamine With Intent to Deliver**

PENALTY:  **CAG not less than 10 years nor more than life; and/or $10,000,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a**

CASE NO.        4:19-MJ-07116-MKD

AUSA INITIAL        SAV