William D. Hyslop
United States Attorney
Stephanie Van Marter
Eastern District of Washington
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>MONICA PESINA,<br><br>                    Defendant. | Case No.: 4:19-mj-07116-MKD<br><br>Motion To Seal the Criminal Complaint, Affidavit, and its Attachments and the Motion and Order to Seal |

Plaintiff, United States of America, by and William D. Hyslop, United States Attorney and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, moves the Court pursuant to Federal Criminal Procedure Rule 49.1(d), for an Order sealing the Complaint and Affidavit to the Complaint on the grounds that disclosure at this time may jeopardize the on-going investigation by FBI. Premature disclosure of the specific details of this ongoing investigation (as reflected, for example, in the affidavit in support of the search warrant) would jeopardize this ongoing criminal investigation, threatening the ability of the United States to obtain all relevant evidence and lead to the destruction of evidence.

Pursuant to 18 U.S.C. Sections 3103a and 2705(a)(2)(E), the United States requests that this affidavit as well as accompanying documents remain sealed,

Motion To Seal the Criminal Complaint, Affidavit, and its Attachments and the Motion and Order to Seal - 1

because disclosure at this time may seriously jeopardize an investigation. This court has the inherent power to seal affidavits in support of search warrants to protect an ongoing investigation, pursuant to Local Rule 8 (m) of the Local Criminal Rules for the United States District Court for the Eastern District of Washington. Local Magistrate Rule 8 specifies other duties of full-time Magistrate Judges and states that full time Magistrate Judges in this district shall "[h]ave authority to order the sealing and unsealing of documents by the Clerk of the Court." *See also State of Arizona v. Maypenny*, 672 F.2d 761, 765 (9th Cir.); *Matter of Sealed Affidavit(s) to Search Warrants,* 600 F.2d 1256 (9th Cir. 1979); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975).

Dated: October 22, 2019.

William D. Hyslop
United States Attorney

*Stephanie Van Marter* (signature)

Stephanie Van Marter
Assistant United States Attorney

Motion To Seal the Criminal Complaint, Affidavit, and its Attachments and the Motion and Order to Seal - 2