UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 06 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

MONICA PESINA, and
NICHOLAS SEAN CARTER,

          Defendants.

Case No.: **4:19-CR-6063-SMJ**

Order Granting Motion To Seal Indictment

    IT IS HEREBY ORDERED, pursuant to the United States' Motion to Seal Indictment and Federal Criminal Procedure 49.1(d), the Indictment is sealed, until further order of the Court or until the Defendants' arrest, whichever comes first.

    The United States shall provide a redacted copy of the Indictment at the time the Motion to seal is presented, so that a redacted copy may be provided to the Defendant if necessary.

    DATED this 6th day of November, 2019.

_____
John T. Rodgers
United States Magistrate Judge

Motion to Seal Indictment