FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 06 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## PENALTY SLIP

**DEFENDANT NAME: MONICA PESINA**

TOTAL NO. COUNTS:  2

**VIO:**       21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)
             Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine (Count 1)

**PENALTY:** CAG not less than 10 years and no more than a life term;
           and/or $10,000,000 fine;
           not less than 5 years nor more than life supervised release;
           a $100 special penalty assessment;
           denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a

**VIO:**       21 U.S.C. § 841(a)(1), (b)(1)(C)
             Possession with the Intent to Distribute Heroin (Count 2)

**PENALTY:** CAG not more than 20 years term of incarceration;
           and/or $1,000,000 fine;
           not less than 3 years nor more than life supervised release;
           a $100 special penalty assessment;
           denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a

**NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

CASE NO.  4:19-CR-6063-SMJ-1

AUSA INITIAL_____SAV_____