AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

United States of America
v.

MONICA PESINA

Case No. 4:19-CR-6063-SMJ-1

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2019

SEAN F. McAVOY, CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MONICA PESINA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 USC 841(a)(1),(b)(1)(A)(viii) POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF ACTUAL (PURE) METHAMPHETAMINE
21 USC 841(a)(1),(b)(1)(C) POSSESSION WITH INTENT TO DISTRIBUTE HEROIN

Date: Nov 06, 2019, 8:56 am

*Issuing officer's signature*

City and state: Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/6/19, and the person was arrested on *(date)* 11/7/19
at *(city and state)* Dixi, WA                     Arrested within the E/WA
                                                   By: USMS
Date: 11/7/19                                      (Agency)
                                                   Executed On: 11/7/19
                                                   Sign: [signature], USMS
                                                   *Printed name and title*