# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Richland

**USA v. MONICA PESINA**          Case No.   4:19-CR-6063-SMJ-1

Richland Video Conference (JTR @ Yakima; Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

## Arraignment/Initial Appearance on Indictment:          11/08/2019

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Meghan McCalla, US Atty [Y] |
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Adam Pechtel, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer [Y] | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint CJA Panel Attorney, Adam Pechtel | ☐ | Charging document read in open court |
| ☒ | Supplemental PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| ☐ | AO 199c Advice of Penalties/Sanctions filed | | |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.
"Not guilty" plea entered.
Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Detention Hearing:**
**11/12/2019 @ 12:00 p.m. [R/MKD]**