# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. MONICA PESINA**     Case No.   4:19-CR-6063-SMJ-1

**Detention Hearing:**                                              11/12/2019

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Stephanie Van Marter, US Atty [S] |
| ☒ | Debbie Brasel, Courtroom Deputy [R] | ☒ | Adam Pechtel, Defense Atty [R] |
| ☒ | Erica Helms, US Probation / Pretrial Services [Telephonic] | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained pending further order of the Court | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

Defendant appeared, in custody, with counsel.
Based on issues with release address, defense moved to continue detention hearing one week. Government not opposed to continuance.

**The Court ordered:**
1. Defendant's Motion to Continue is **granted**.
2. Detention hearing set on November 19, 2019 at 12:00 p.m. (Judge Dimke presiding by VTC from Spokane; Defendant appearing in Richland)
3. Defendant shall be detained by the U.S. Marshal until further order of the Court.

**Detention Hearing (1st Cont.):**
**11/19/2019**
**@ 12:00 p.m. [SVTC/MKD]**