FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MONICA PESINA,<br><br>　　　　　Defendant. | No. 4:19-CR-06063-SMJ-1<br><br>ORDER CONTINUING DETENTION HEARING<br><br>ECF No. 38<br><br>**\*\*ACTION REQUIRED\*\*** |

　　　On Tuesday, November 12, 2019, the Court appeared for a detention hearing in accordance with 18 U.S.C. § 3142(f).  Defendant appeared, in custody, with court-appointed counsel Adam Pechtel.  Assistant United States Attorney Stephanie Van Marter represented the United States.

　　　Defendant orally motioned for a continuance to allow additional time to form a viable release plan.  Given the Defendant's need for additional time, the detention hearing was continued.  Accordingly, **IT IS HEREBY ORDERED**:

　　　1. Defendant's Oral Motion to Continue, **ECF No. 38**, is **GRANTED**.

　　　2. The detention hearing is continued to **Tuesday, November 19, 2019**

ORDER - 1

**at 12:00 PM, before Judge Dimke, appearing by video, in Richland, Washington.**

    3.  Defendant shall be held in custody until further order of the Court.

    4.  A supplemental pre-trial services report shall be completed.

    5.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.

    DATED this November 12, 2019.

s/*Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2