1  Adam R. Pechtel / WSBA #43743
   Pechtel Law PLLC
2  21 N Cascade St
   Kennewick, WA 99336
3  Telephone: (509) 586-3091

4  Attorney for Defendant

5

6                United States District Court
                 Eastern District of Washington
7                Before the Hon. Mary K. Dimke

8  United States of America,
                                        No. 4:19-CR-06063-SMJ
9                         Plaintiff,

10 v.                                   Defendant's Unopposed Motion
                                        to Continue the Detention
11 Monica Pesina,                       Hearing

12                        Defendant.    November 29, 2019 at 6:00 PM
                                        Without oral argument
13

14    Defendant, through her counsel of record, moves the Court to

15 continue the detention hearing currently set for November 19,

16 2019 to November 22, 2019 at 12:00 PM. Defense Counsel's

17 assistant contacted AUSA Stephanie Van Marter, who does not

18 object to continuing the detention hearing if she can appear by

19 video conference. The reason for this request is that Ms. Pesina

20 would like to obtain a substance abuse assessment prior to

Defendant's Motion to Continue
Detention Hearing - 1

conducting the detention hearing. The earliest date Ms. Pesina's counsel was able to schedule an assessment was November 20, 2019.

Dated: November 15, 2019     Respectfully Submitted,

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

|   |   |
|---|---|
| 1 | SERVICE CERTIFICATE |

2  I certify that November 15, 2019, I electronically filed the foregoing

3  with the District Court Clerk using the CM/ECF System, which will

4  send notification of such filing to the following:

5

6  Stephanie Van Marter, Attorney for Plaintiff

7

8  s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
9  Pechtel Law PLLC
21 N Cascade St
10  Kennewick, WA 99336
Telephone: (509) 586-3091
11  Email: adam@pechtellaw.com

12

13

14

15

16

17

18

19

20

Defendant's Motion to Continue
Detention Hearing - 1