Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Defendant

United States District Court
Eastern District of Washington
Before the Hon. Mary J. Dimke

| United States of America, | No. 4:19-CR-06063-SMJ |
|---|---|
| Plaintiff, | |
| v. | Motion to Expedite Hearing on Defendant's Motion to Continue Detention Hearing |
| Monica Pesina, | |
| Defendant. | |
| | November 15, 2019 at 6:00 PM |
| | Without oral argument |

Defendant asks the court to expedite the hearing of Defendant's Motion to Continue the Detention Hearing, ECF No. 42. This motion to expedite comes before the court pursuant to LR 7.1(h)(2)(C), which states:

> …To seek an expedited hearing on a time sensitive matter, the moving party must file a motion to expedite which: 1) demonstrates good cause; 2) states the position of the opposing pro se party or counsel; and 3) sets a date of

Motion to Expedite - 1

hearing that is not less than 7 days after the motion's filing.

Good cause exists to grant this motion to expedite because Defendant's motion to continue would not be heard until ten days after the detention hearing.

The date of hearing for this motion is today, as instructed by Magistrate Judge Dimke's clerk.

Stephanie Van Marter, the Assistant United States Attorney representing the Government, does not object to expediting consideration of this motion.

Dated: November 15, 2019    Respectfully Submitted,

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Motion to Expedite - 2

SERVICE CERTIFICATE

I certify that November 15, 2019, I electronically filed the foregoing with the District Court Clerk using the CM/ECF System, which will send notification of such filing to the following:

Stephanie Van Marter, Attorney for Plaintiff

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Motion to Expedite - 3