FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:19-CR-06063-SMJ-1 |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO EXPEDITE AND MOTION TO CONTINUE DETENTION HEARING |
| vs. | |
| MONICA PESINA, | **ECF Nos. 42, 43** |
| Defendant. | |

Before the Court are Defendant's Motion to Expedite (ECF No. 43) and Motion to Continue Detention Hearing (ECF No. 42). For the reasons set forth in the motion;

IT IS HEREBY ORDERED:

1. The Motion to Expedite (**ECF No. 43**) is **GRANTED**.

2. The Motion to Continue Detention Hearing (**ECF No. 42**) is **GRANTED**.

3. A detention hearing is set before **Judge Dimke, appearing by video, in Richland, WA on Friday, November 22, 2019, at 12:00 PM.**

DATED November 18, 2019.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1