William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA PESINA,<br><br>Defendant. | Case No.: 4:19-CR-06063-SMJ-1<br><br>Motion For Extension Of Time To File Response to Defendant's Motion to Revoke Detention Order<br>Date: December 13, 2019<br>Time: 6:30 p.m. |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, submits the following Motion For Extension Of Time To File Response to Defendant's Motion.

On December 9, 2019, counsel for Defendant filed a Motion to Revoke Detention Order (ECF No. 58). The United States respectfully requests additional time to respond until Friday, December 20, 2019. Assigned AUSA will be

Motion For Extension Of Time To File Response to Defendant's Motion to Revoke Detention Order– 1

unavailable due to her schedule, and needs additional time to respond with clarity in this cause. Counsel for the Defendant has been contacted and has no objection to this requested extension.

Dated:  December 13, 2019.

          William D. Hyslop
          United States Attorney

*Stephanie Van Marter*
Stephanie A. Van Marter
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam R. Pechtel
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336

Stephanie A. Van Marter
Assistant United States Attorney