William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:19-CR-06063-SMJ-1 |
| | ) | |
| vs. | ) | Motion To Expedite Hearing |
| | ) | |
| MONICA PESINA, | ) | Date: 12/16/2019 @ 6:30 p.m. |
| | ) | Without Oral Argument |
| Defendant. | ) | |
| | ) | |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorneys for the Eastern District of Washington, submits the following Motion To Expedite Hearing without oral argument on the United States' Motion For Extension Of Time To File Response to Defendant's Motion to Revoke Detention Order.

DATED December 13, 2019.

William D. Hyslop
United States Attorney

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

Motion to Expedite Hearing - 1

CERTIFICATION

I hereby certify that on December 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Adam R. Pechtel
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

Motion to Expedite Hearing - 2