7401 W. Grandridge Blvd
SUITE 100
Kennewick, WA 99336
TEL: 509-308-0702



12/23/2019

To whom it may concern,

This letter is to inform you of Monica Pesina's eligibility and future participation in services from our Foundational Community Supports Program upon release of incarceration. This program provides employment, housing and case management support to individuals with significant barriers including offender employment specific employment search techniques. Eligibility criteria for services includes homelessness and active participation in medical or mental health services locally. For Ms. Pesina to access services she will need to do the following;

- Activate Washington State Medicaid coverage
- Complete the Foundational Community Supports Assessment (s) with Compass staff
- Meet with Compass staff weekly to receive job leads and/or housing leads
- Develop employment and/or housing service plans to meet goals and retain employment/housing

Please contact Compass Career Solutions staff if you have further questions regarding services or eligibility.

Sincerely,

Dianna Candanoza
Program Director