# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                                     Plaintiff,<br>-vs-<br>MONICA PESINA, (01),<br><br>                                     Defendant. | Case No.       4:19-CR-06063-SMJ-01<br>**CRIMINAL MINUTES**<br>DATE:        JANUARY 9, 2020<br>LOCATION:  RICHLAND<br><br>**CONTESTED MOTION HEARING** |
|---|---|

**Hon. Salvador Mendoza, Jr.**

| Debbie Brasel | 02 | Kimberly Allen |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Stephanie A. Van Marter | | Adam R. Pechtel |
| **Government's Counsel** | | **Defense Counsel** |

**United States Probation Officer**   David L. McCary

[XX]  **Open Court**          [ ]  **Chambers**          [ ]  **Teleconference**

Defendant **is present and is in custody o**f the U.S. Marshal

Preliminary remarks by Mr. Pechtel

No preliminary remarks by Ms. Van Marter

**1:51 pm     Lena Samorano, Sworn to Testify**

                    Direct by Mr. Pechtel

**2:01 pm**          Cross by Ms. Van Marter

**2:15 pm**          Redirect by Mr. Pechtel

Witness steps down and is excused

**2:18 pm     Deeann Goodrich, Sworn to Testify**

                    Direct by Mr. Pechtel

**2:22 pm**          Cross by Ms. Van Marter

**2:28 pm**          Redirect by Mr. Pechtel

# [XX]  ORDER FORTHCOMING

| **CONVENED: 1:50 P.M.** | **ADJOURNED: 2:53 P.M.** | **TIME: 1:03 HR.** | **CALENDARED**  [ XX ] |
|---|---|---|---|

*USA -vs- Pesina* | January 9, 2020
4:19-CR-06063-SMJ-01 | Page 2
Hearing Type

Witness steps down

Argument by Mr. Pechtel

Argument by Ms. Van Marter

**Court:**     Defendant's MOTION to Revoke Detention [ECF No. 58] is **denied**