| WITNESS LIST ||||
|---|---|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON ||||
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>MONICA PESINA, (01),<br><br>Defendant. ||| Case No.   4:19-CR-06063-SMJ<br>Location:   Richland<br>Date:   January 9, 2020 |
| CONTESTED MOTION HEARING ||||
| Salvador Mendoza, Jr. | Kimberly Allen | Debbie Brasel | 02 |
| Presiding Judge | Court Reporter | Courtroom Deputy | Law Clerk |
| Stephanie A. Van Marter || Adam R. Pechtel ||
| **Government Counsel** || **Defense Counsel** ||

| DATE | EXHIBITS DISCUSSED | TESTIFYING FOR | NAME OF WITNESS |
|---|---|---|---|
| 01/09/2020 | | Defendant | Deeann Goodrich, Washington State Association of Oxford Houses |
| 01/09/2020 | | Defendant | Lena Samorano |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |