# EXHIBIT A

12

## Incident/Investigation Report

**Agency:** PPD          **Case Number:** 19-16388          **Date:** 06/06/2019 13:17:10

### Notes/Narrative

On June 4, 2019, at approximately 1941 hours, I was traveling north on Road 60 in Pasco, Franklin County, Washington when I observed two vehicles stopped at the intersection of Road 60 and W Court St. I pulled to a stop behind the second vehicle. The vehicle I was behind was ▓▓▓▓▓ and the vehicle did not have a turn signal activated. The vehicle pulled up to the stop sign when the vehicle ahead of it merged onto W Court St. ▓▓▓▓▓ signaled to turn west on W Court St; however, the vehicle failed to signal continuously during the last 100 feet traveled by the vehicle before turning.

I pulled in behind the vehicle as the vehicle turned west on W Court St and I initiated a traffic stop. I approached the vehicle and made contact with the driver, Monica Pesina DOB: ▓▓▓▓▓ advised Monica the reason for the stop. Monica provided me with a Washington State Driver's License, and rental car paperwork for the vehicle.

I was informed by Detective Corral that his K9 Ezra alerted for the presence of narcotics inside the vehicle. I started to research the name of the individual who rented the vehicle; however, I could not locate him in our local records management database.

I exited my vehicle to listen to the interview Detective Carlisle was having with Monica when Detective Corral called out for my assistance. I ran over the front of ▓▓▓▓▓ where Detective Corral was detaining the back seat driver's side passenger. Detective Corral informed me the male, later identified as Nick Carter DOB: ▓▓▓▓▓ had a gun on his person.

I removed a 9mm semi-automatic pistol from Nick's left front pants pocket. It should be noted I was not wearing gloves when I removed the firearm from Nick's person. Detaining Nick was had it's challenges because Nick's right arm was in a cast. I asked Detective Carlisle to detain Monica while we were dealing with Nick. I took the firearm back to my patrol vehicle. At my patrol vehicle I removed the magazine from pistol, and I ejected a round from the chamber. I contacted Pasco Dispatch and had them check the firearm to see if it was stolen. The firearm returned negative stolen, no record found. I locked the firearm in my patrol vehicle for the remainder of the contact.

I approached the passenger side of the vehicle and made contact with the front passenger. I explained the situation Bobbie Roche DOB: ▓▓▓▓▓ I asked Bobbie to exit the vehicle. Bobbie complied. I escorted Bobbie to the back of the vehicle he was in, and I conducted a frisk of his outer clothing for weapons. Bobbie had no weapons on his person.

At approximately 1955 hours, I read Bobbie his constitutional rights from my department issued Miranda Card. Bobbie advised he understood his rights, and he waived his right to counsel and agreed to speak with me.

Bobbie informed me he was unaware of any narcotics in the vehicle, and he told me he would be surprised if any narcotics were located around his seat. Bobbie informed me that Nick is a longtime friend who asked him a day prior if he wanted to go on a road trip. Bobbie told me he did not have any personal items inside the vehicle.

During my conversation with Bobbie, Detective Corral informed me that Nick Carter is a convicted felon. Upon search incident to arrest, Detective Carlisle removed approximately 1 ounce of suspected methamphetamine from Nick's right side pants pocket.

Nick was arrested and booked into the Franklin County Jail for unlawful possession of firearms, and unlawful possession of methamphetamine. Detective McClintock transported Nick to the Franklin County Jail.

I contacted Pasco Dispatch and requested they send the next rotational tow to my location. Casaday arrived minutes later and transported the vehicle to the Pasco Police Department where the vehicle was sealed for a pending search warrant.

I processed and entered the firearm, purported methamphetamine, the Budget Rental Car paperwork, a pocket knife removed from Nick and ammunition removed from the firearm into evidence at the Pasco Police Department.

Detective Corral informed me he would be applying for a warrant to search the suspect vehicle.

13

10000011

## Incident/Investigation Report

Agency: PPD          Case Number: 19-16388          Date: 06/06/2019 13:17:10

Monica was issued a NOI for failing to signal during the last 100 feet prior to a turn. The ticket will be mailed her the address listed on her driver's license.

EOR
W Parramore 

Field Event
VEHIC>>⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
** VEH search completed at 06/04/19 19:41:19
** Event Location changed from "60/COURT" to "ROAD 60/W COURT ST PASC FRAN" at: 06/04/19 19:41:36
** >>>> by: CHARLOTTE A. BORJON on terminal: cad5
** LOI search completed at 06/04/19 19:41:36
SUSP 1>>PESINA, MONICA ANGELIC 19790206
** PER search completed at 06/04/19 19:43:48
P18 -- 2 DETAINED // CODE 4
SUSP 2>>ROCHE, BOBBIE DOUGLAS 19710810
** PER search completed at 06/04/19 19:54:45
SUSP 3>>CARTER, NICHOLAS S 19800421
** PER search completed at 06/04/19 19:55:35
P18--REQS CASADAY TOWING FOR EVIDENCE
CASADAY ETA 20 MINS -- CORNELIO & TRUCK 5679-009
** Case number PPD1916388 has been assigned to event PPD19029852
** >>>> by: CHARLOTTE A. BORJON on terminal: cad5
enroute to the jail with nick

SENT TO FCPA:  06/05/2019 07:24:34  by  JGUTIERREZ
CASE #:          19-16388

14

10000012

## Incident/Investigation Report

Agency: PPD          Case Number: 19-16388          Date: 06/06/2019 13:17:10

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 06/04/2019 22:09:31 | SUPPLEMENTAL REPORT | (P067) CARLISLE, NATHAN L |
| Contact Name | | Supervising Officer |
| | | (P018) PARRAMORE, WILLIAM |

10000013

## Incident/Investigation Report

Agency: PPD          Case Number: 19-16388          Date: 06/06/2019 13:17:10

### Supplement Notes

On 6/04/2019 at about 19:41 hours, I was working as a detective for the Pasco Police Street Crimes Unit, driving unmarked vehicle 234 in Pasco, Franklin County, WA, when I heard Sergeant Parramore on a traffic stop near the intersection of W Court St and Road 60. I headed his direction and backed him.

Upon arrival, I saw that Monica Pesina was his driver and that she was with two unidentified males. I went up and started talking with Monica while Sergeant Parramore worked on his paperwork for the traffic stop. Detective Corral arrived and deployed K9 Ezra around the exterior of the vehicle. I soon learned from Detective Corral that Ezra alerted to the vehicle. It was decided to separate the occupants of the vehicle to investigate probability of narcotics being in the vehicle and whom was in possession of the narcotics.

I had Monica exit the drivers door and walk with me back to my vehicle. I started to talk to her when I heard Detective Corral ask for assistance. Sergeant Parramore went over to where Corral was with the drivers side rear passenger in front of the stopped vehicle. Sergeant Parramore showed me they had pulled a firearm off of the male and asked for my assistance. I handcuffed Monica and placed her in my patrol vehicle, so I could assist Detective Corral and Sergeant Parramore.

The detained male had a cast on his rights arm and hand, it extended from above the elbow to the base of the fingers. I secured the males left hand to his belt using my handcuffs. I frisked the male for additional weapons and felt what felt like a crunchy crystal like substance. I pulled his untucked tee shirt up as so I could see his belt line. When I did this, I saw there was a transparent plastic baggie sticking out of his front right coin pocket. I frisked the area and felt the a crunchy like feeling. It felt exactly like crystal methamphetamines. I identified the male as Nick Carter. I read Nick his Miranda warnings from my department issued Miranda warnings card. Nick said he understood his rights.

I asked Nick if he was a convicted felon and he said he was. I asked him if he was supposed to have a firearm and he said no. I asked him if the substance in his pocket was meth and he said it was. I soon heard Detective Corral advised that Nick was a convicted felon with his firearms rights revoked. I advised Nick that he was under arrest and that he had right to counsel.

I asked Nick if he was employed and he said he was. I asked him who employed him and he said he was self employed as a truck driver. He then said he was a driver for Boise Cascade. I asked him when the last time he drove for them and he said 4/02/2019. I told him I knew his license was suspended and he confessed it was because of a DUI he had received earlier in the year. I asked him if he had any other job and he said no. I asked him if he was a drug trafficker and he said no. He said the meth that was on him was for personal use. I did pull a capped, clean syringe from his left front pocket.

I briefly spoke to the other male named Bobby Roche after he had already been Mirandized. I asked him basic questions like why were he and Nick here in the Tri-Cities and how he knew Monica. He said that Nick had asked him to come along with he to the Tri-Ciities. He said that he does not know Monica, that she is Nicks friend.

I asked him how he knows Nick. He said that he has known Nick a long time and that they are really good friends. I asked him if Nick is a drug user and he said no. I asked Bobby if hes every seen Nick high and he said no.

I transported the Methamphetamines to the Pasco Police Department, where I tested a small sample of the suspected meth using a NIK test kit. The sample tested presumptive possitive for Methamphetamines. I weighed the meth in the Ziploc baggie it was found in and it weighed 28.72 grams which is approximaley an ounce. I know based on my training and experiencce that meth and other controlled narcotics are sold in easy weighable amounts such as 1/16 ounce (T-shirt), 1/8 ounce (8 ball), 1/2 ounce, and an ounce. There are also other amounts but these are very common amounts and used as an example.

I also sealed the Chevrolet Impala with evidence tape per department policy.

EOR P67

10000014

## Incident/Investigation Report

Agency: PPD          Case Number: 19-16388          Date: 06/06/2019 13:17:10

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 06/06/2019 00:00:45 | SUPPLEMENTAL REPORT | (P067) CARLISLE, NATHAN L |
| Contact Name | | Supervising Officer |
| | | (P018) PARRAMORE, WILLIAM |

*17*

10000015

## Incident/Investigation Report

Agency: PPD            Case Number: 19-16388            Date: 06/06/2019 13:17:10

### Supplement Notes

On 6/5/19, I assisted Detective Corral and Sergeant Parramore in searching the Chevrolet Impala with CA plates 8CKP783. Detective Corral had secured a search warrant to search the vehicle for Narcotics, dominion, firearms, firearms equipment, cellular devices, and paraphernalia.

I photographed the vehicle before beginning the search. Once photographing was complete, I searched the trunk. I located a red Eddie Bauer back pack in the trunk. In the back pack, I located large amounts of US currency. We later totaled the currency to be $26,950.00.

Also in the backpack, we located four bags of a crystal like substance. I know based on my training and experience the substance to be methamphetamines. I later weighed all four packages of methamphetamines and they were: 2/71 grams, 34.1 grams, 146.25 grams and 188.79 grams. The total methamphetamines were 371.85 grams purchase weight. Also in the red back pack was a black tar like substance which after weighing it in total packaging, it weighed 54.75 grams. Based on my training and experience, I know both of these quantities are well above the user quantities.

I located a digital scale that had a black substance on it. I also located several empty Ziploc baggies in the back pack. I know based on my training and experience that narcotics traffickers use Ziploc baggies as a way to package the pre weighed amounts for individual sales; thus the digital scale and packaging.

I also know that narcotics traffickers use several cellular devices to propagate their trafficking of controlled substances. Every drug trafficker I have arrested and/or investigated has had multiple cellular phones on them. This case is no different. There were seven cellular phones seized during the search warrant. One of the phones even has Nick Carter's dominion attached to it via a sleeve, which was designed to hold one's personal cards and ID's to their phone.

I investigated Monica's involvements with law enforcement here in the Tri-Cities areas using the ILEADS database. Monica is listed as a suspect or involved party in several narcotics cases since 2013. Recent intelligence indicates she is actively involved in narcotics distribution in this region.

Based on the above listed information, I believe that digital evidence of the crime of RCW 69.50.401 Possession with intent to deliver is located inside of the electronic devices (cellular phones) and that evidence would assist with identifying coconspirators in her drug trafficking organization as well as stash locations and the identity of her source of supply.

EOR P67



10000016

# Incident/Investigation Report

Agency: PPD          Case Number: 19-16388          Date: 06/06/2019 13:17:10

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 06/06/2019 00:06:28 | EVIDENCE | (P067) CARLISLE, NATHAN L |
| Contact Name | | Supervising Officer |
| | | |



10000017

## Incident/Investigation Report

Agency: PPD          Case Number: 19-16388          Date: 06/06/2019 13:17:11

### Supplement Notes

126979 Voucher ID created for this supplement.

20

10000018

# Incident/Investigation Report

Agency: PPD          Case Number: 19-16388          Date: 06/06/2019 13:17:11

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 06/04/2019 22:54:14 | SUPPLEMENTAL REPORT | (P060) CORRAL, ANDREW |
| **Contact Name** | | **Supervising Officer** |
| | | (P018) PARRAMORE, WILLIAM |

2(

10000019

## Incident/Investigation Report

**Agency:** PPD            **Case Number:** 19-16388            **Date:** 06/06/2019 13:17:11

### Supplement Notes

On June 4th, 2019, I was working as a detective and drug-detection K9 handler for the Pasco PD Street Crimes Unit in Pasco, WA.

At approximately 7:41 PM, Pasco PD Street Crimes Unite Sgt. Bill Parramore initiated a traffic stop on a 2018 Chevrolet Impala, bearing CA license ▮▮▮▮ for failing to signal (less than 100 feet) at the intersection of Road 60 and W. Court St. in Pasco, Franklin County, WA.

I responded to the traffic stop to assist Sgt Parramore. I arrived, along with Det. Carlisle. I found that the driver was a female identified as Monica Pesina. Due to my previous assignment as a detective with the Tri-Cities Metro Drug Task Force and DEA Task Force, I was aware that Pesina was suspected of being involved with drug trafficking. I observed that there were two other male occupants in the vehicle as well (one front passenger and one passenger sitting in the rear driver's side seat).

Investigator's note: It was later found that both males were from Spokane, WA, and that the vehicle was a rental that the rear passenger, Nicholas Carter, had rented.

As Sgt. Parramore was conducting a routine driver's check of Pesina's information, I applied my drug-detection K9 Ezra to the exterior of the vehicle.

K9 Ezra and Det. Andrew Corral are a certified Narcotics K9 Detection Team under Washington Administrative Code 139.05.915 [3b] and were certified on September 19th, 2018. Ezra is a passive indication narcotics detection K9. Ezra exhibits a change in body posture and increased respirations when she first encounters the odors of controlled substances she is trained to detect. This is known as an alert. Ezra is trained to detect the odors of Methamphetamine, Crack, Cocaine and Heroin. Ezra is not and has never been trained to detect the odor of Marijuana. Upon reaching the closest available source of the odor Ezra will "indicate" on that location by automatically sitting, downing or pointing. We conduct monthly maintenance training.

At approximately 7:44 PM, I applied K9 Ezra to the exterior of the Chevy Impala, bearing CA license ▮▮▮▮. The vehicle was parked facing westbound along W. Court St. (west of Road 60) in Pasco, Franklin County, WA. The vehicle was running and there was a female driver sitting in the driver's seat. There was a male passenger in the front passenger's seat and a male passenger in the rear driver's side passenger's seat. The doors to the vehicle were closed and the front windows to the vehicle were rolled down.

I applied Ezra to the vehicle and started at the rear driver's passenger's side bumper of the vehicle. As we moved around the exterior of the vehicle, Ezra approached the driver's side rear door seam (where rear passenger was sitting) and started to sniff the door seam intently. I observed that her sniffing became rapid and shallow, and further exhibited tail-flagging (exaggerated wagging of the tail back and forth). She then gave a final alert/indication to the presence of the odor of narcotics by sitting. As I pulled her away from the vehicle, she attempted to pull back towards the door seam.

The application of K9 Ezra was conducted simultaneous to Sgt. Parramore conducting the driver's check and the traffic stop was not prolonged by the K9 application.

I advised Sgt. Parramore of this, and we then decided to detain the driver, Monica Pesina, and the rear passenger, to question them about the K9 alert.

I asked the rear passenger to step out so that I could speak with him. He complied, and I found that his right arm was in a cast. I asked him to step in front of their vehicle so I could speak with him in private. I then asked him if he had any weapons on him (for my safety) and he did not answer. I then asked if he minded if I pulled his t-shirt (to expose his waistband to see if he had a firearm or weapons on his person). He held out his arms/hands wide (exposing his shirt area) so I then pulled up his shirt and immediately observed a plastic baggie containing a white-colored substance (which I believed to be either Methamphetamine or Cocaine) sticking out of the right pants pocket. I advised him that I observed this item, and that this is why I needed to speak to him about the K9 alert.

**Report: r_lw1ni.frx**                    **Page 19 of 26**                    06/06/2019 13:17:11

## Incident/Investigation Report

**Agency:** PPD          **Case Number:** 19-16388          **Date:** 06/06/2019 13:17:11

I then advised him that I would be frisking him for weapons now, and asked if he had a firearm on his person. He acknowledged that he did. I then placed his arms behind his back and asked Sgt. Parramore for assistance. Sgt. Parramore then removed a fully-loaded Hi-Point pistol (9 mm) out of the left side of his pants. The male identified himself as Nicholas Carter ████████

Det. Carlisle read Carter his Constitutional Rights (Miranda Rights) from a state-issued card, and Carter stated that he understood his rights and agreed to speak. Post-Miranda, Carter admitted that it was Methamphetamine in his pocket, and further admitted that he was a convicted felon that was in possession of a firearm. He was placed into custody and the baggie of Crystal Methamphetamine was removed from his pocket, along with a syringe. It was later found to weigh 1 ounce and field-tested presumptive-positive for Crystal Meth.

I ran Carter's information through NCIC and confirmed that he was a convicted felon (most recent felony is for Attempt to Elude).

I contacted the driver, Monica Pesina, and advised her of her Constitutional Rights (Miranda Rights). After waiving her rights, she agreed to speak to me and hear any questions. During the questioning, Pesina stated that she knew these two males because they were friends of her brother from Spokane, WA. I asked her if there were any additional controlled substances inside of the vehicle, and she initially stated that there weren't, and then would not answer after I asked her again. She stated that Carter had rented the vehicle and had drove to Tri-Cities, and had called her earlier and advised that he was in town.

Nicholas Carter was arrested and booked into the Franklin County Jail for Unlawful Possession of a Firearm and Possession of a Controlled Substance (Meth). Monica Pesina and the other male passenger were released at the scene.

The vehicle was seized as evidence and was towed by Casaday Towing to the Pasco Police Department secured garage, located at 215 W. Sylvester St. in Pasco, WA.

While in the Pasco PD garage with the vehicle, I observed an undetermined amount of US currency in the center console of the vehicle (open view). Due to the following indications, I believe that the currency is proceeds of drug trafficking:

-Recent intelligence that Monica Pesina is engaged in drug trafficking

-Nicholas Carter being arrested out of the vehicle for possession of 1 ounce of Crystal Methamphetamine and a firearm

-Nicholas Carter renting a vehicle from Spokane, WA and traveling to Pasco, WA (which is identified as a "source" city for controlled substances heading to Spokane). Based upon my training and experience, I know that rental vehicles are commonly utilized to transport controlled substances and drug proceeds from one city to another.

I electronically submitted for a search warrant (pending approval). I have nothing further at this time.

I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. (RCW 9A.72.085).

Det. Andrew Corral  ████

23

10000021

## Incident/Investigation Report

Agency:  PPD                Case Number: 19-16388                Date: 06/06/2019 13:17:11

### Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 06/05/2019 21:55:55 | SUPPLEMENTAL REPORT | (P064) MCCLINTOCK, JASEN |
| Contact Name | | Supervising Officer |
| | | (P018) PARRAMORE, WILLIAM |

Z 4

10000022

```
┌─────────────────────────────────────────────────────────────────────┐
│                    Incident/Investigation Report                     │
│   Agency: PPD          Case Number: 19-16388        Date: 06/06/2019 13:17:11 │
└─────────────────────────────────────────────────────────────────────┘
```

## Supplement Notes

On 6/4/2019 at approximately 1945 hrs, while working Street Crimes Unit (SCU) in an unmarked patrol vehicle I responded to W Court St near Rd 60 to assist Sergeant Parramore.

I arrived and was asked by Detective Carlisle to escort Carter, Nick to my patrol vehicle. Carter had a broken arm, from a prior incident, and his other arm was handcuffed to his belt. I escorted him to my patrol vehicle and patted him down for weapons before placing him in the patrol vehicle.

I wrote to vehicle tow form as I was told Sergeant Parramore was getting Casaday Towing for an evidence impound.

I transported Carter to the Franklin County Jail and booked into jail for Unlawful Possession of a Firearm and Unlawful Possession of a Controlled Substance. I was also asked to keep the Budget Rental Car paperwork for evidence. There was a knife in Carter's property, I cleared the jail, returned to the Pasco Police Department and assisted in logging the knife and rental car paperwork and putting them into evidence lockers.

On 6/5/19 I assisted in serving the warrant on the Chevy Impala and processing the evidence and the money that was located in the vehicle. I filed tested the white crystal like material which was believed to be meth and the brown substance which was believed to be Heroin. Both had a result for a presumptive positive result for Meth and Heroin.

I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. (RCW 9A.72.085)

26

10000023

# Incident/Investigation Report

**Agency:** PPD          **Case Number:** 19-16388          **Date:** 06/06/2019 13:17:11

## Supplement Information

| Supplement Date | Supplement Type | | Supplement Officer |
|---|---|---|---|
| 06/05/2019 17:44:07 | EVIDENCE | | (P018) PARRAMORE, WILLIAM |
| Contact Name | | | Supervising Officer |

10000024

## Incident/Investigation Report

Agency: PPD          Case Number: 19-16388          Date: 06/06/2019 13:17:11

### Supplement Notes

126967 Voucher ID created for this supplement.

27

10000025

## Incident/Investigation Report

Agency: PPD          Case Number: 19-16388          Date: 06/06/2019 13:17:11

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 06/05/2019 22:55:44 | SUPPLEMENTAL REPORT | (P018) PARRAMORE, WILLIAM |
| Contact Name | | Supervising Officer |
| | | (P018) PARRAMORE, WILLIAM |

2r

10000026

# Incident/Investigation Report

Agency: PPD      Case Number: 19-16388      Date: 06/06/2019 13:17:11

## Supplement Notes

On June 5, 2019, at approximately 1614 hours I assisted SCU Detectives in serving a search warrant on ▮▮▮▮▮▮▮ I searched the back seat and located nothing of evidentiary value. I searched part of the trunk compartment. I searched small black roller bag and located a purple Crown Royal bag containing several .357 magnum bullets. I took the Crown Royal bag and its contents as evidence. I continued to search the black roller bag, and I located 41 assorted 9mm bullets. I also located items of dominion inside the black roller bag. I located a Spokane Avista electric/natural gas bill to Nick S Carter. I took the document as evidence. That document was later copied, and I attached a digital copy to the case folder.

Detective Carlisle located a red backpack in the trunk compartment. Inside the backpack he located a significant amount of narcotics, and US currency. I assisted in counting the US Currency. In total it amounted to $26,950.00. Detective Carlisle located items of dominion inside the backpack for Monica Pasina.

After the evidence was processed Detective Carlisle, Corral and I went to 1416 Thayer Dr in Richland, Benton County, Washington to serve seizure paperwork on Monica. 1416 Thayer Dr is listed on her driver's license.

I knocked on the front door and made contact with Joshua Waldrop DOB: ▮▮▮▮▮▮▮. I introduced myself, and I asked Joshua if Monica lived at the address. Joshua informed me that Monica was the mother of his children; however, she no longer lives at the address. Joshua told me that Monica will frequent the residence to visit their children, and she still gets mail at the address. While I was standing on the front porch I witnessed Joshua retrieve mail from his mailbox, and there was a letter addressed to Monica at that address from DSHS.

I asked Joshua if Monica was employed. Joshua informed me that Monica has not had a job in at least five years. Joshua told me that Monica has basically been a stay home mom since the birth of their children. Joshua told me when Monika had a job, she worked for him. Joshua told me he owns his own handyman business and he is currently self-employed. I asked Joshua what Monica does for money. Joshua told me Monica has had several new boyfriends since they broke up. I asked Joshua if he has lent Monica money recently. Joshua told me he lent Monica $20.00 approximately 5 years ago.

I asked Joshua for his cell phone number, and he advised me he does not have a phone number. I found that odd for someone who was self-employed. Joshua told me his children have cell phones, but he doesn't. I asked Joshua if he had a way to contact Monica. Joshua informed me he has no way to contact Monica; however, she does frequent the house and he would give her the seizure paperwork the next time he sees her. I told Joshua that we would be sending the same seizure document certified mail to his address.

I informed Joshua that Monica was in possession of some narcotics and approximately $27,000.00 dollars. Joshua looked genuinely shocked. Joshua pointed to his worn out pickup truck and told me if he knew Monica had that kind of money he would have asked her for a loan.

EOR
W Parramore P018



10000027

# EXHIBIT B

30

SUPERIOR COURT, FRANKLIN COUNTY, WASHINGTON

STATE OF WASHINGTON )
                    ) ss.        CASE NO: PPD 19-16388
COUNTY OF FRANKLIN  )            SEARCH WARRANT

TO ANY PEACE OFFICER IN THE STATE OF WASHINGTON:

Upon the declaration made before me there is probable cause to believe that the crime(s) of – Unlawful Possession of a Controlled Substance (RCW 69.50.401); Unlawful Possession of a Firearm (RCW 9.41.040); is/are being committed, has/have been committed, and/or are about to be committed in Franklin County, State of Washington, and that evidence of that/those crime(s); or contraband, the fruits of crime, or things otherwise criminally possessed; or weapons or other things by means of which a crime has been committed or reasonably appears about to be committed; or a person for whose arrest there is probable cause, or who is unlawfully restrained is/are concealed in or on certain premises, vehicles or persons.

YOU ARE COMMANDED TO:

1.  Search, within 10 days of this date, the premises, vehicle or person described as follows:

2018 Chervolet Impala, bearing CA license ███████ VIN ████████████

This vehicle is currently being held in a secured storage facility located at 215 ███████████ (Pasco Police Department), in Pasco, Franklin County, WA.

SEARCH WARRANT
Page 1 of 3
12.18.14

31

Case #: 19-16388
Ofc/Det. Assigned: Parramore
Offender: Carter

For the following:

- Controlled Substances, including Heroin, Methamphetamine, Cocaine, and Crack Cocaine.

- Drug Paraphernalia

- Dominion documents

- US currency

- Ammunition

- Firearm, and Firearms-related accessories, such as holsters and magazines

2. Seize, if located, evidence of the above listed crime(s), including but not limited to:

- Controlled Substances, including Heroin, Methamphetamine, Cocaine, and Crack Cocaine.

- Drug Paraphernalia

- Dominion documents

- US currency

- Ammunition

- Firearm, and Firearms-related accessories, such as holsters and magazines

3. Promptly return this warrant to me or the clerk of this court within ten (days). The return must include an inventory of all property seized.

4. A copy of the warrant and a receipt for the property taken shall be given to the person from whom or from whose premises property is taken. If no person is found in possession, a copy and receipt shall be conspicuously posted at the place where the property is found.

Date/Time: 6-5-19    6:24 Am

The Judge's signature, below, was placed by affiant, at the judge's direction given by email.

Signature: _Corinne Supinberg_

SUPERIOR COURT JUDGE

Printed Judge Name: _Samuel Swanson_

BY A Corral

SEARCH WARRANT
Page 3 of 3
12.18.14

33

1
2
3
4
5
6
7
8

SUPERIOR COURT, FRANKLIN COUNTY, WASHINGTON

9

STATE OF WASHINGTON    )

10                             ) ss.        CASE NO: PPD 19-16388

COUNTY OF FRANKLIN    )        DECLARATION FOR SEARCH WARRANT

11
12
13  Officer Andrew Corral declares under penalty of perjury under the laws of the State of
14  Washington that the following is true and correct:

15
16      On the basis of the following, I believe there is probable cause that an unidentified male
    has/have committed, is/are committing, and/or are about to commit the below-identified crime(s)
17  in Franklin County, State of Washington, and that

18
19      [X] Evidence of the crime(s) of – Unlawful Possession of a Controlled Substance
        (RCW 69.50.401); Unlawful Possession of a Firearm (RCW 9.41.040);
20      [X ] Contraband, the fruits of a crime, or things otherwise criminally possessed;
    [X] Weapons or other things by means of which a crime has been committed or reasonably
21      appears about to be committed;
22  [ ] A person for whose arrest there is probable cause, or who is unlawfully restrained;

23
    is/are located in, on, at, or about the following described premises, vehicle or person:
24

25      2018 Chervolet Impala. bearing CA license ▬▬▬▬▬, VIN
    ▬▬▬▬▬▬▬▬▬
26
27
28  SEARCH WARRANT DECLARATION
    Page 1 of 7
    12.18.14

34

This vehicle is currently being held in a secured storage facility located at 215 W. Sylvester St. (Pasco Police Department), in Pasco, Franklin County, WA.

For the following:

- Controlled Substances, including Heroin, Methamphetamine, Cocaine, and Crack Cocaine.

- Drug Paraphernalia

- Dominion documents

- US currency

- Ammunition

- Firearm, and Firearms-related accessories, such as holsters and magazines

On the basis of the following, I, Officer Andrew Corral, believe there is probable cause that Unknown Suspects has/have committed, is/are committing, and/or are about to commit the above-identified crime(s) in Franklin County, State of Washington, and that evidence of that/those crimes is/are in the above-identified location(s).

**PEDIGREE:**

I have been employed as a member of the Pasco Police Department since 2007 and am currently assigned to the Pasco PD Street Crimes Unit. Over the course of my career in patrol and as a detective in the Tri-Cities Metro and DEA Drug Task Force/s, I have had prior experience in the crimes identified above.

During the course of my career, I have received additional law enforcement training and experience including but not limited to: Basic Law Enforcement Academy (Washington Criminal Justice Training Commission), Drug Enforcement Administration Basic Drug Investigator's Course (DEA), Interview and Interrogation (Midwest Counterdrug Training Center).

I have also attended numerous seminars (California Narcotics Officer's Association and WA State Narcotics Investigator's Association) that included classes on Cellular Phone and Social Media Investigation, among others.

SEARCH WARRANT DECLARATION
Page 2 of 7
12.18.14

35

1
2
***See Appendix A for further – K9 Pedigree***

3   **PROBABLE CAUSE:**

4       My belief is based upon the following facts and circumstances:

5
6       On June 4th, 2019, I was working as a detective and drug-detection K9 handler for the
Pasco PD Street Crimes Unit in Pasco, WA.

7
8       At approximately 7:41 PM, Pasco PD Street Crimes Unite Sgt. Bill Parramore initiated a
traffic stop on a 2018 Chevrolet Impala, bearing CA license ████████, for failing to signal (less
than 100 feet) at the intersection of Road 60 and W. Court St. in Pasco, Franklin County, WA.

9
10      I responded to the traffic stop to assist Sgt Parramore. I arrived, along with Det. Carlisle.
I found that the driver was a female identified as Monica Pesina. Due to my previous assignment
11  as a detective with the Tri-Cities Metro Drug Task Force and DEA Task Force, I was aware that
Pesina was suspected of being involved with drug trafficking. I observed that there were two
12  other male occupants in the vehicle as well (one front passenger and one passenger sitting in the
13  rear driver's side seat).

14      *Investigator's note: It was later found that both males were from Spokane, WA, and that
the vehicle was a rental that the rear passenger, Nicholas Carter, had rented.*
15
16      As Sgt. Parramore was conducting a routine driver's check of Pesina's information, I
applied my drug-detection K9 Ezra to the exterior of the vehicle.

17      *K9 Ezra and Det. Andrew Corral are a certified Narcotics K9 Detection Team under
18  Washington Administrative Code 139.05.915 [3b] and were certified on September 19th,
2018. Ezra is a passive indication narcotics detection K9. Ezra exhibits a change in body
19  posture and increased respirations when she first encounters the odors of controlled substances
20  she is trained to detect. This is known as an alert. Ezra is trained to detect the odors of
Methamphetamine, Crack, Cocaine and Heroin. Ezra is not and has never been trained to detect
21  the odor of Marijuana. Upon reaching the closest available source of the odor Ezra will
"indicate" on that location by automatically sitting, downing or pointing. We conduct monthly
22  maintenance training.*

23  ***See appendix A for full K9 Pedigree***
24

25      At approximately 7:44 PM, I applied K9 Ezra to the exterior of the Chevy Impala,
bearing CA license ████████. The vehicle was parked facing westbound along W. Court St.
26  (west of Road 60) in Pasco, Franklin County, WA. The vehicle was running and there was a
female driver sitting in the driver's seat. There was a male passenger in the front passenger's
27
28  SEARCH WARRANT DECLARATION
    Page 3 of 7
    12.18.14

34

1    seat and a male passenger in the rear driver's side passenger's seat. The doors to the vehicle were
2    closed and the front windows to the vehicle were rolled down.

3        I applied Ezra to the vehicle and started at the rear driver's passenger's side bumper of
     the vehicle. As we moved around the exterior of the vehicle, Ezra approached the driver's side
4    rear door seam (where rear passenger was sitting) and started to sniff the door seam intently. I
     observed that her sniffing became rapid and shallow, and further exhibited tail-flagging
5    (exaggerated wagging of the tail back and forth). She then gave a final alert/indication to the
     presence of the odor of narcotics by sitting. As I pulled her away from the vehicle, she attempted
6    to pull back towards the door seam.
7
8        The application of K9 Ezra was conducted simultaneous to Sgt. Parramore conducting
     the driver's check and the traffic stop was not prolonged by the K9 application.
9
10       I advised Sgt. Parramore of this, and we then decided to detain the driver, Monica Pesina,
     and the rear passenger, to question them about the K9 alert.
11
12       I asked the rear passenger to step out so that I could speak with him. He complied, and I
     found that his right arm was in a cast. I asked him to step in front of their vehicle so I could
13   speak with him in private. I then asked him if he had any weapons on him (for my safety) and he
     did not answer. I then asked if he minded if I pulled his t-shirt (to expose his waistband to see if
14   he had a firearm or weapons on his person). He held out his arms/hands wide (exposing his shirt
     area) so I then pulled up his shirt and immediately observed a plastic baggie containing a white-
15   colored substance (which I believed to be either Methamphetamine or Cocaine) sticking out of
     the right pants pocket. I advised him that I observed this item, and that this is why I needed to
16   speak to him about the K9 alert.
17
18       I then advised him that I would be frisking him for weapons now, and asked if he had a
     firearm on his person. He acknowledged that he did. I then placed his arms behind his back and
19   asked Sgt. Parramore for assistance. Sgt. Parramore then removed a fully-loaded Hi-Point pistol
     (9 mm) out of the left side of his pants. The male identified himself as Nicholas Carter
20   (04/21/1980).
21
         Det. Carlisle read Carter his Constitutional Rights (Miranda Rights) from a state-issued
22   card, and Carter stated that he understood his rights and agreed to speak. Post-Miranda, Carter
     admitted that it was Methamphetamine in his pocket, and further admitted that he was a
23   convicted felon that was in possession of a firearm. He was placed into custody and the baggie
     of Crystal Methamphetamine was removed from his pocket, along with a syringe. It was later
24   found to weigh 1 ounce and field-tested presumptive-positive for Crystal Meth.
25
         I ran Carter's information through NCIC and confirmed that he was a convicted felon
26   (most recent felony is for Attempt to Elude).
27
28   SEARCH WARRANT DECLARATION
     Page 4 of 7
     12.18.14

37

I contacted the driver, Monica Pesina, and advised her of her Constituional Rights (Miranda Rights). After waiving her rights, she agreed to speak to me and hear any questions. During the questioning, Pesina stated that she knew these two males because they were friends of her brother from Spokane, WA. I asked her if there were any additional controlled substances inside of the vehicle, and she initially stated that there weren't, and then would not answer after I asked her again. She stated that Carter had rented the vehicle and had drove to Tri-Cities, and had called her earlier and advised that he was in town.

Nicholas Carter was arrested and booked into the Franklin County Jail for Unlawful Possession of a Firearm and Possession of a Controlled Substance (Meth). Monica Pesina and the other male passenger were released at the scene.

The vehicle was seized as evidence and was towed by Casaday Towing to the Pasco Police Department secured garage, located at 215 W. Sylvester St, in Pasco, WA.

While in the Pasco PD garage with the vehicle, I observed an undetermined amount of US currency in the center console of the vehicle (open view). Due to the following indications, I believe that the currency is proceeds of drug trafficking:

- Recent intelligence that Monica Pesina is engaged in drug trafficking

- Nicholas Carter being arrested out of the vehicle for possession of 1 ounce of Crystal Methamphetamine and a firearm

- Nicholas Carter renting a vehicle from Spokane, WA and traveling to Pasco, WA (which is identified as a "source" city for controlled substances heading to Spokane). Based upon my training and experience, I know that rental vehicles are commonly utilized to transport controlled substances and drug proceeds from one city to another.

**THEREFORE:**

Based on the above, I believe that evidence of the above listed crime(s) is/are located at:

2018 Chervolet Impala, bearing CA license ███████, VIN 2G11█SSA6J9153649.

This vehicle is currently being held in a secured storage facility located at 215 W. Sylvester St (Pasco Police Department), in Pasco, Franklin County, WA.

SEARCH WARRANT DECLARATION
Page 5 of 7
12.18.19

And I am requesting the court to issue a search warrant to search the above for the evidence of the above listed crime(s), including but not limited to:

- Controlled Substances, including Heroin, Methamphetamine, Cocaine, and Crack Cocaine.

- Drug Paraphernalia

- Dominion documents

- US currency

- Ammunition

- Firearm, and Firearms-related accessories, such as holsters and magazines

This declaration was submitted to the issuing judge using an electronic device that is owned, issued, or maintained by the below-identified criminal justice agency.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 4th day of June, 2019, at Pasco, Franklin County, WA.

Affiant Signature: _____

OR, *if submitted electronically or by telephone:*

Affiant full name: /s/ Andrew William Corral
Agency Badge/Serial or Personnel #: P-060
Agency Name: Pasco Police Department

The Judge's signature, below, was placed by affiant, at the judge's direction given by email.

Signature: _____
SUPERIOR COURT JUDGE
Printed Judge Name: _____

By A. Corral

SEARCH WARRANT DECLARATION
Page 6 of 7
12.15.14

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SEARCH WARRANT DECLARATION
Page 7 of 7
12.18.14