Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Defendant

United States District Court
Eastern District of Washington
Before the Hon. Salvador Mendoza, Jr.

| United States of America, | |
|---|---|
| Plaintiff, | No. 4:19-CR-06063-SMJ |
| v. | Notice of Joinder in Motions to Suppress (ECF Nos. 70 and 71) |
| Monica Pesina, | |
| Defendant. | February 6, 2020 at 10:00 am With oral argument |

Comes now, Defendant Pesina, and notifies the Court and opposing counsel that she joins in Defendant Carter's motion to suppress evidence, ECF No. 70, and motion to suppress statements, ECF No. 71, on the same grounds argued by Defendant Carter. In support of her motion to suppress her statement, Defendant Pesina proffers these additional facts:

Notice of Joinder in Motion - 1

On about November 8, 2019, Defendant Pesina was in custody of law enforcement while detained in Benton County Jail. While in custody, she was questioned by TFO BJ Moos and TFO Joseph Brazeau. They did not properly advise Defendant Pesina of her rights. Even if they did, there is no evidence that she knowingly and voluntarily waived her rights. Hence, her involuntary statements must be suppressed.

Dated: January 13, 2020         Respectfully Submitted,

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Notice of Joinder in Motion - 2

SERVICE CERTIFICATE

I certify that January 13, 2020, I electronically filed the foregoing with the District Court Clerk using the CM/ECF System, which will send notification of such filing to the following:

Stephanie Van Marter, Attorney for Plaintiff

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Notice of Joinder in Motion - 3