UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>     v. )<br>Monica Pesina                              , )<br>          Defendant. ) | NO. 19:CR- 06 - 063 -SMJ- 1<br><br>DEFENDANT'S STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL |

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within a seventy-day period. My attorney has also advised me that a continuance of the trial is needed, and we discussed the reasons for a continuance.

A motion to continue the trial has been filed.

My attorney has advised me, and I understand that, if the Court grants the motion to continue that all time between the date the motion to continue was filed and the new date for trial will be excluded from the speedy-trial period under the Speedy Trial Act.

After reviewing the motion and discussing the reasons for the requested continuance with my attorney, I knowingly and voluntarily ask this Court to grant that motion to continue and reset the trial date from its current date of  3/16/2020  to a date not later than 6/26/2020 for the following reasons as found in 18 U.S.C. § 3161: Counsel needs additional time to prepare for Trial

Defendant's Statement of Reasons in Support of Motion to Continue Trial - 1          Rev. 3/8/2016

1
2  _____
3  _____
4  _____.
5
6  I declare under penalty of perjury that the foregoing is true and correct.
7
   _____
   Defendant
   Date: _____
8
9  I have read this form and discussed the contents with my client.
10
   _____
   Counsel for Defendant
   Date: _____JAN 31, 2020_____
11
12  I have translated this form into a language in which the Defendant is conversant. If
13  questions have arisen, I have notified the Defendant's counsel of the questions and have
    not offered not given advice nor personal opinions.
14
15  _____
    Interpreter (printed name)
16  _____
    Interpreter (signature)
17  Date: _____
18
19
20
21
22
23
24
25
26
27
28  Defendant's Statement of Reasons in Support of Motion to Continue Trial - 2          Rev. 3/8/2016