William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:19-CR-06063-SMJ<br>2:19-CR-00183-SMJ<br>2:20-CR-00005-SMJ-2 |
| v. | |
| MONICA PESINA,<br>NICHOLAS SEAN CARTER | NOTICE OF INTENT TO USE<br>EXPERT TESTIMONY |
| Defendant. | |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, respectfully submits the following information/notice, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, of its intent to introduce expert testimony by United States' witness listed below and a summary of the anticipated testimony.[1]

---

[1] This Notice of Expert was prepared by the assigned Assistant United States Attorney and not written or reviewed by the proposed expert. Therefore, this written notice does not contain any adopted statements of the proposed expert witness; any questions from counsel should be derived from reports the proposed expert authored only.

NOTICE OF INTENT TO USE EXPERT TESTIMONY DISCLOSURE - 1

## FORENSIC CHEMISTS

Attached please find "Curricula Vitaes" for Forensic Chemist/Scientists, Leah Law, KeiShara Eldridge, Jonathan Park, Brittany Thomas, Shana Irby, Danielle Farrell, Tari Holm, Minh Nguyen, and Steven Aliyetti, of the Drug Enforcement Administration Laboratories. (*See,* Government's Exhibit A-1 through A-9)[2]. These DEA forensic chemists were assigned to this cause number and therefore conducted the testing for the drug evidence sought to be admitted in this matter. Should this matter go to trial The United States will likely present the testimony of just a few of the listed chemist. If that were to occur, the testifying chemists will ensure they are able to testify as to all of the testing conducted.

The United States will seek to admit the opinion of these listed chemists summarized in the lab reports previously provided and noted by their discovery pages below. The United States is also in the process of disclosing additional Rule 16 materials to include the raw data, notes and procedures followed for all testing conducted.

**Drug Exhibits to Be Admitted**:

1) 2:19-CR-06063-SMJ- June 2019 Pasco WA case-
   FBI *Drug Exhibits 1B12, 1B21, 1B28*[3]: Packaging and controlled substances confirmed to contain methamphetamine and heroin seized from the Defendants during the June 2019 traffic stop. *See*, discovery pages 3000011-13.

---

[2] Additional Curricula Vitaes will be provided once received.

[3] The following samples were not sent to the lab for testing due to their residual amounts: 1B13-16, 1B18, 1B20, 1B22, 1B24, 1B26, 1B29. The following additional exhibits should have completed reports within the next few weeks: 1B10, 1B11, 1B17, 1B19, 1B23, 1B25 and 1B27. The United States will provide these reports as soon as they are completed. Several of these items have also been sent for fingerprint examination. Results are forthcoming.

NOTICE OF INTENT TO USE EXPERT TESTIMONY DISCLOSURE - 2

2) 2:19-CR-00183-SMJ- October 2019 Spokane WA case-

DEA *Drug Exhibits 37 and 38*: Packaging and controlled substances confirmed to contain methamphetamine and heroin seized from the Defendant during the October 2019 arrest in Spokane. *See*, discovery pages 3000015-16.

3) 2:20-CR-5-SMJ- November 2019 Dixie WA case-

DEA *Drug Exhibits 1,2, 4, 20, 21, 22, 7 and 38[4]*: Packaging and controlled substances confirmed to contain methamphetamine, heroin, Fentanyl laced pills, and cocaine base seized from the Defendants and from the search of the residence in Dixie WA. *See*, discovery pages 300001-10.

More specifically, the United States will seek to admit their expert testimony as to the chemical testing and analysis conducted on the above referenced samples submitted. This expert testimony will include their opinion as to the type of controlled substance present; the purity of controlled substance and how that relates to the overall weight of each sample; the presence or lack of presence of any cutting agents; and the total weight of each evidentiary item both in purity and mixture and substance of controlled substance present. The United States will also solicit detailed testimony from these experts as to the identification of Fentanyl and what type of controlled substance it is and its characteristics. These proposed experts will also testify about their background and qualifications, the commonly accepted scientific methodology followed in reaching their conclusions as well as the peer review completed to test the accuracy of their results.

---

[4] The following samples were not sent to the lab for testing due to their residual amounts: Exhibits 12, 16, 17, and 19. Several of these items have also been sent for fingerprint examination. Results are forthcoming.

NOTICE OF INTENT TO USE EXPERT TESTIMONY DISCLOSURE - 3

The United States will also provide additional Rule 16 materials to include the raw data, notes and procedures followed for all testing conducted as soon as it is received. The United States will also provide any summary exhibits it intends to utilize in support of this experts testimony prior to trial.

### FINGERPRINT SPECIALIST

The United States has not yet received any reports as to fingerprint examination done on several of the exhibits. There are currently four items pending fingerprint examination results. As soon as those reports are completed, the United States will supplement this report. At trial, the United States intends to present the testimony and opinions of the assigned fingerprint specialist as it relates to any completed fingerprint examinations and the respective results.

The fingerprint examiner would be expected to testify as to his/her educational background and expertise in latent print examination. They will then provide expert testimony, as detailed in the provided reports, of the latent print examination of the various exhibits, detailing what was examined and whether any fingerprints suitable for comparison were developed utilizing various forensic methods. If a fingerprint suitable for examination was developed, the examiner will testify as to the comparison of that fingerprint to known fingerprints of the Defendant.

The United States also intends to seek expert testimony about why fingerprints are sometimes not found on exhibits submitted for analysis. The United States will also provide additional Rule 16 materials to include the raw data, notes and procedures followed for all testing conducted as soon as it is received. The United States will also provide any summary exhibits it intends to utilize in support of this experts testimony prior to trial.

### INTERSTATE NEXUS/FIREARM EXPERT

Attached please find a "Curriculum Vitaes" for ATF Special Agents Michael Northcutt and Justin Schaefer. (*See,* Government's Exhibit C-1 and C-2). The United

NOTICE OF INTENT TO USE EXPERT TESTIMONY DISCLOSURE - 4

States expects SA Northcutt and Schaefer to testify as expert witnesses as to the interstate/intrastate nexus of the following firearms:

- HiPoint, Model C9, 9mm pistol, bearing serial number P1245061, also marked "BEEMILLER INC MANSFIELD OH" and Nine rounds of 9 mm caliber ammunition with various handstamps (Firearm and ammunition seized from CARTER, October 2019);
- Glock, model 23, .40 caliber pistol, bearing serial number "BYR906." (Firearm seized from CARTER, June 2019)
- Beretta, model 92 FS, 9mm pistol bearing serial number BER513205 (Firearm seized from CARTER, November 2019);
- Glock, model 26, 9mm pistol bearing serial number BBTU921 (Firearm seized from CARTER, November2019).

A written summary of the agents findings were previously provided in discovery. *See* Discovery Pages 10000147-149; 300006-9, 3000017-19. Based on their examination and research of the above described firearms and ammunition, at trial the government will seek to admit the opinions of Special Agents Northcutt and Schaefer as to their firearms examination results, indicating that in their professional opinion, the above described firearms examined are firearms as defined in Title 18 U.S.C. § 921(a)(3)(A) and that these firearms have been shipped or transported in interstate commerce.

**DRUG QUANTITY AND MODUS OPERANDI EXPERT**

The United States expects to call a Federal Bureau of Investigation Task Force Officer to testify as an expert witness regarding drug quantities and *modus operandi*. The United States expects the witness to testify as to the differences between distribution amounts and personal use amounts, the common amount of heroin, methamphetamine and Fentanyl laced pills consumed daily by a user, the use of cutting agents, how controlled substances are obtained in bulk amount and cut to distribution amounts, and the various price amounts on the pyramid of bulk

NOTICE OF INTENT TO USE EXPERT TESTIMONY DISCLOSURE - 5

distribution versus personal amount distribution.  In sum, the witness is expected to provide expert testimony regarding the methods of low and mid-level drug traffickers, what roles low and mid-level drug traffickers assume, and how their supply is commonly distributed and paid for. The United States further expects the expert to testify regarding the price range of methamphetamine, heroin and Fentanyl laced pills in the Eastern District of Washington during the time frame relevant to the Indictment in Cause Number 2:18-CR-00230-RMP-1.

The United States also expects the witness to testify as to common drug terminology and how that terminology is used in the sale and distribution of the aforementioned controlled substances. The United States further expects the witness to testify to the use of technology, specifically cellular phone technology, in the sale and distribution of controlled substances.

The United States further expects the expert to testify as to the nexus between drug trafficking and firearms.

DATED this May 4, 2020.

William D. Hyslop
United States Attorney

*S/Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

NOTICE OF INTENT TO USE EXPERT TESTIMONY DISCLOSURE - 6

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Adam Pechtel
adam@pechtellaw.com

Nicholas Write Marchi
nmarchi@carmarlaw.com

> *s/Stephanie Van Marter*
> Stephanie Van Marter
> Assistant United States Attorney

NOTICE OF INTENT TO USE EXPERT TESTIMONY DISCLOSURE - 7