Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Defendant

United States District Court
Eastern District of Washington
Before the Hon. Salvador Mendoza Jr.

| United States of America, | No. 4:19-CR-06063-SMJ-1 |
|---|---|
| Plaintiff, | |
| v. | Motion for Leave of Court to Withdraw as Counsel and Notice of Intent to Withdraw |
| Monica Pesina, | |
| Defendant. | August 26, 2020 at 6:00 PM Without oral argument |

TO: The Clerk of the Court and all parties of record:

COMES NOW, Adam Pechtel, counsel for Defendant and asks the Court to authorize his withdrawal as counsel for Defendant.

On November 8, 2019, Mr. Pechtel was appointed by the Court to represent Defendant Monica Pesina under the Criminal Justice Act (CJA), 18 U.S.C. § 3006A. Defendant Pesina has confirmed that

Motion for Leave of Court to
Withdraw as Counsel - 1

1  she wishes to terminate Mr. Pechtel's representation at this time
2  based on a breakdown in the attorney-client relationship.
3  Therefore, Mr. Pechtel seeks the Court's approval of his withdrawal.
4     Mr. Pechtel provides notice that his withdrawal is effective upon
5  the Court granting the instant motion.
6  A proposed order is filed herewith.

7  Dated: August 12, 2020              Respectfully Submitted,

8                                      s/Adam R. Pechtel
                                       Adam R. Pechtel/ WSBA #43743
9                                      Attorney for Defendant
                                       Pechtel Law PLLC
10                                     21 N Cascade St
                                       Kennewick, WA 99336
11                                     Telephone: (509) 586-3091
                                       Email: adam@pechtellaw.com

|   |   |
|---|---|
| 1 | SERVICE CERTIFICATE |
| 2 | I certify that August 12, 2020, I electronically filed the foregoing |
| 3 | with the District Court Clerk using the CM/ECF System, which will |
| 4 | send notification of such filing to the following: |
| 5 | |
| 6 | Stephanie A. Van Marter, Attorney for Plaintiff |

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Motion for Leave of Court to
Withdraw as Counsel - 3