Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MONICA PESINA,<br><br>　　　　　　　Defendant. | Case No.: 4:19-CR-06063-SMJ-1<br>　　　　　　4:20-CR-00005-SMJ-1<br><br>Motion for Extension of Time to File Review of Presentence Investigation Report and Sentencing Memorandum |

　　　　Plaintiff, United States of America, by and through Joseph H. Harrington, Acting United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, submits the following Motion for Extension of Time to File Review of Presentence Investigation Report and Sentencing Memorandum.

Motion for Extension of Time to File Review of Presentence Investigation Report and Sentencing Memorandum – 1

The Assigned AUSA respectfully requests additional time to file the Review of Presentence Investigation Report and Sentencing Memorandum until September 7, 2021, to allow the United States the ability to obtain the relevant information.

Dated:  September 1, 2021.

                                                Joseph H. Harrington
                                                Acting United States Attorney

                                                *s/ Stephanie Van Marter*
                                                Stephanie Van Marter
                                                Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Ken Therrien
kentherrien@msn.com

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

Motion for Extension of Time to File Review of Presentence Investigation Report and Sentencing Memorandum – 3