Jospeh H. Harrington
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 4:19-CR-06063-SMJ-1 |
|---|---|
| Plaintiff, | 4:20-CR-00005-SMJ-1 |
| v. | Motion to Expedite Hearing |
| MONICA PESINA, | |
| Defendant. | |

Plaintiff, United States of America, by and through Joseph H. Harrington, Acting United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorneys for the Eastern District of Washington, submits the following Motion To Expedite Hearing without oral argument on the United States' Motion for Extension of Time to File Review of Presentence Investigation Report and Sentencing Memorandum.

DATED September 1, 2021.

　　　　　　　　　　　　　　　　Joseph H. Harrington
　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　*s/ Stephanie Van Marter*
　　　　　　　　　　　　　　　　Stephanie Van Marter
　　　　　　　　　　　　　　　　Assistant United States Attorney

Motion to Expedite Hearing - 1

CERTIFICATION

I hereby certify that on September 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Ken Therrien
kentherrien@msn.com

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

Motion to Expedite Hearing - 2