FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA PESINA,<br><br>Defendant/s. | No. 4:19-CR-06063-SMJ-1<br><br>**ORDER ACCEPTING PLEA AGREEMENT** |

On Thursday, September 23, 2021, the Court conducted a sentencing hearing in the above-captioned matter. Assistant U.S. Attorney Stephanie A. Van Marter appeared on behalf of the United States. Defendant was present, represented by Kenneth D. Therrien. The Court previously found Defendant's plea of guilty to Counts 1 of the Indictment to be knowing, intelligent, and voluntary and not induced by fear, coercion, or ignorance, ECF No. 178. After reviewing the presentence investigation report and hearing from counsel, the Court **ACCEPTS** the parties' Rule 11(c)(1)(C) plea agreement and sentences Defendant consistent with the agreement.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

ORDER - 1

**DATED** this 24th day of September 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER - 2